IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN DAVID LOPEZ YEPES | : |
| *Plaintiff,* | : |
| v. | : CIVIL NO. 26-0002 |
| PAMELA JO BONDI et al. | : |
| *Defendants* | : |

## ORDER

**AND NOW,** this **7th** day of **January 2026,** upon consideration of the Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) and Motion for Order to Show Cause (ECF No. 3), it is hereby **ORDERED** that Petitioner's Motion for Order to Show Cause is **GRANTED**. It is further **ORDERED** as follows:

1. The warden of the Federal Detention Center Philadelphia shall, **by January 12, 2026**, **SHOW CAUSE** why the writ of habeas corpus should not be granted. 28 U.S.C. § 2243.

2. The Clerk of Court is directed to make service upon the U.S. Attorney's Office and the Federal Detention Center Philadelphia. The Clerk shall provide the U.S. Attorney's Office and the Federal Detention Center Philadelphia with an acceptance of service form.

BY THE COURT:

*/s/ Kai Scott*
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**