IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN DAVID LOPEZ YEPES | : |
| *Petitioner,* | : |
| v. | : CIVIL NO. 26-0002 |
| PAMELA JO BONDI et al. | : |
| *Respondents.* | : |

**Scott, J.**                                                               **January 16, 2026**

## MEMORANDUM

Petitioner Juan David Lopez Yepes filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking immediate release, or alternatively, a bond hearing. ECF No. 1 ¶ 6 [hereinafter Pet.]. Mr. Lopez Yepes alleges that his detention by the United States Immigration and Customs Enforcement ("ICE") violates the Immigration and Nationality Act ("INA") and his Due Process rights. Pet. ¶¶ 32-34; ECF No. 9 at 10-13.

Mr. Lopez Yepes is a twenty-seven-year-old non-citizen from Venezuela. Pet. ¶ 1. He entered the United States on June 4, 2021. *Id.* ¶ 27. He then applied for asylum and temporary protected status under 8 U.S.C. § 1254a. *Id.* ¶¶ 28, 30. Mr. Lopez Yepes was released from ICE custody and has settled in Pennsylvania. *Id.* ¶ 31. During Mr. Lopez Yepes's "ICE check-in" on December 22, 2025, ICE detained him. *Id.* ¶ 1. ICE placed him in the Philadelphia Federal Detention Center. *Id.* ¶ 14.

Mr. Lopez Yepes is detained pursuant to 8 U.S.C. § 1225(b)(2), which states that "an alien who is an applicant for admission, if the examining immigration officer determines that an alien seeking admission is not clearly and beyond a doubt entitled to be admitted, the alien shall be

detained for a proceeding under section 1229a of this title." The central issue of this case is summarized in the Government's brief: "The petition concerns whether an alien who is present in the United States without admission is properly subject to mandatory detention (i.e., detention without the prospect of release on bond) during the pendency of his administrative removal proceedings pursuant to 8 U.S.C. § 1225(b)(2)." ECF No. 8 at 1 [hereinafter Government's Resp.].

For the reasons given in *Kashranov v. Jamison* and *Demirel v. Fed. Det. Ctr. Philadelphia*, this Court holds that Mr. Lopez Yepes's detention violates the INA.[1] 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025); 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025); *see also Ndiaye v. Jamison*, 2025 WL 3229307 (E.D. Pa. Nov. 19, 2025); *see also Cantu-Cortes v. O'Neill*, 2025 WL 3171639 (E.D. Pa. Nov. 13, 2025); *see also Centeno Ibarra v. Warden of the Fed. Det. Ctr. Philadelphia*, 2025 WL 3294726 (E.D. Pa. Nov. 25, 2025).

This Court therefore grants Mr. Lopez Yepes's request for immediate release, given that his detention under 8 U.S.C. § 1225(b)(2) violates the INA. Moreover, ICE is enjoined from detaining Mr. Lopez Yepes under 8 U.S.C. § 1226(a) for seven days following his release.

---

[1] In addition, the Government argues that this Court lacks jurisdiction to address Mr. Lopez Yepes's claims. Government's Resp. at 6-10. The Court again adopts the reasoning in *Kashranov* and *Demirel* to reject the Government's jurisdiction argument.