IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN DAVID LOPEZ YEPES | : |
| *Plaintiff,* | : |
| v. | : CIVIL NO. 26-0002 |
| PAMELA JO BONDI et al. | : |
| *Defendants* | : |

## ORDER

**AND NOW,** this **16th** day of **January 2026,** upon consideration of Mr. Lopez Yepes's Petition for a Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Lopez Yepes from custody immediately and file a certificate of compliance on the docket no later than 5:00 p.m. on January 16, 2026.

2. The Government is enjoined from detaining Mr. Lopez Yepes under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. The Motion for Temporary Restraining Order is **DENIED** as moot.

4. The Clerk of Court shall mark this case closed.

BY THE COURT:

/S/ Kai N. Scott
_____
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**